# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| TONINO RUSSO,                         | Case No.: 18cv1837-MMA (MDD)                                                              |
|---------------------------------------|-------------------------------------------------------------------------------------------|
| Plaintiff,                            | **ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO AMEND PRETRIAL SCHEDULING ORDER** |
| v.                                    |                                                                                           |
| COUNTY OF SAN DIEGO, et al.,          | [Doc. 45]                                                                                 |
| Defendants.                           |                                                                                           |

This Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** Defendants' *ex parte* application and amends the pretrial scheduling order as follows:

1. Motions in limine will be heard at the final pretrial conference and must be filed by **August 3, 2020**. Oppositions to motions in limine must be filed by **August 17, 2020**. No reply briefs will be accepted. <u>The parties are limited to five (5) motions in limine per side</u> and should consult the Undersigned's Civil Chambers Rules for further information regarding motions in limine.

2. The parties must comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **August 10, 2020**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

3. The final pretrial conference will be held on **August 31, 2020** at 2:30 p.m. in Courtroom 3D.

4. The proposed Final Pretrial Order must be prepared, served, and lodged with the Court on or before **September 11, 2020**.  The parties should consult Civil Local Rule 16.1(f)(6) regarding proper form and content.

5. The parties may file proposed jury instructions and verdict forms no later than 5:00 p.m. on **September 17, 2020**.  If the parties file proposed jury instructions and verdict forms, the parties must simultaneously email an electronic copy (Microsoft Word or Word Perfect format) to efile_anello@casd.uscourts.gov.

6. The parties must provide the Court with two copies of their exhibits no later than 3:00 p.m. on **September 18, 2020**.  The parties must deliver their exhibits directly to Chambers on the third floor of the Edward J. Schwartz United States Courthouse.

7. Trial is set to begin on **Tuesday, September 22, 2020**, at 8:30 a.m. in Courtroom 3D.

**IT IS SO ORDERED.**

Dated:  April 23, 2020

HON. MICHAEL M. ANELLO
United States District Judge