# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONINO RUSSO,<br><br>                         Plaintiff,<br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                        Defendants. | Case No.: 18cv1837-MMA (MDD)<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

On April 23, 2020, the Court granted Defendants' *ex parte* application to amend the pretrial scheduling order.  Doc. No. 46.  There continues to be a national state of emergency in response to the spread of the novel coronavirus ("COVID-19").  For everyone's health and safety, the general population of California is under a gubernatorial order to "shelter-in-place."  On April 15, 2020, the Chief Judge of this District issued an order extending the suspension of jury trials and other proceedings (Order of the Chief Judge No. 24), and thereafter adopted safety protocols for in-person court proceedings conducted in this District.  Order of the Chief Judge No. 29.  Considering the foregoing, the Court hereby amends the pretrial scheduling order as follows:

1. Motions in limine will be heard at the final pretrial conference and must be filed by **September 14, 2020**. Oppositions to motions in limine must be filed by

**September 29, 2020**. No reply briefs will be accepted. The parties are limited to five (5) motions in limine per side and should consult the Undersigned's Civil Chambers Rules for further information regarding motions in limine.

2. The parties must comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **September 21, 2020**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

3. The final pretrial conference will be held on **October 19, 2020 at 2:30 p.m.** in Courtroom 3D.

4. The proposed Final Pretrial Order must be prepared, served, and lodged with the Court on or before **October 23, 2020**. The parties should consult Civil Local Rule 16.1(f)(6) regarding proper form and content.

5. The parties may file proposed jury instructions and verdict forms no later than **5:00 p.m. on October 29, 2020**. If the parties file proposed jury instructions and verdict forms, the parties must simultaneously email an electronic copy (Microsoft Word or Word Perfect format) to efile_anello@casd.uscourts.gov.

6. The parties must provide the Court with two copies of their exhibits no later than **3:00 p.m. on October 30, 2020**. The parties must deliver their exhibits directly to Chambers on the third floor of the Edward J. Schwartz United States Courthouse.

7. Trial is set to begin on **Tuesday, November 3, 2020, at 8:30 a.m.** in Courtroom 3D.

**IT IS SO ORDERED.**

Dated: July 20, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge