1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TONINO RUSSO,

Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No. 18cv1837-MMA (MDD)

**ORDER GRANTING DEFENDANTS' UNOPPOSED EX PARTE MOTION;**

[Doc. No. 48]

**AMENDING PRETRIAL SCHEDULING ORDER**

19    Upon due consideration, good cause appearing, the Court **GRANTS** Defendants'

20  unopposed ex parte motion to continue the trial of this matter and related deadlines and

21  hearings.  *See* Doc. No. 48.  Accordingly, the Court hereby **AMENDS** the pretrial

22  scheduling order as follows:

23    1. Motions in limine will be heard at the final pretrial conference (date and time set

24       forth below, *see* ¶ 3) and must be filed by **November 16, 2020**.  Oppositions to

25       motions in limine must be filed by **November 30, 2020**.  No reply briefs will be

26       accepted.  The parties are limited to five (5) motions in limine per side and should

27       consult the Undersigned's Civil Chambers Rules for further information regarding

28       motions in limine.

2. The parties must comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **November 23, 2020**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

3. The final pretrial conference will be held on **Monday, December 14, 2020 at 2:30 p.m.** in Courtroom 3D of the Edward J. Schwartz United States Courthouse.

4. The proposed Final Pretrial Order must be prepared, served, and lodged with the Court on or before **January 8, 2021**.  The parties should consult Civil Local Rule 16.1(f)(6) regarding proper form and content.

5. The parties may file proposed jury instructions and verdict forms no later than **5:00 p.m. on Thursday, January 14, 2021**.  If the parties file proposed jury instructions and verdict forms, the parties must simultaneously email an electronic copy (Microsoft Word format) to efile_anello@casd.uscourts.gov.

6. The parties must provide the Court with two copies of their exhibits no later than **3:00 p.m. on Friday, January 15, 2021**.  The parties must deliver their exhibits directly to Chambers on the third floor of the Edward J. Schwartz United States Courthouse.

7. Trial is set to begin on **Tuesday, January 19, 2021, at 8:30 a.m.** in Courtroom 3D of the Edward J. Schwartz United States Courthouse.

**IT IS SO ORDERED.**

Dated:  August 28, 2020

HON. MICHAEL M. ANELLO
United States District Judge