UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONINO RUSSO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; LISA RAMIREZ; HUGH DAVIDSON; and DOES 2–10,<br><br>    Defendants. | Case No.: 18-CV-1837 TWR (MDD)<br><br>**ORDER (1) GRANTING DEFENDANTS' UNOPPOSED MOTION, AND (2) DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT AGAINST PLAINTIFF IN THE AMOUNT OF $40,227.25**<br><br>(ECF Nos. 184, 188) |

Presently before the Court is Defendants County of San Diego, Lisa Ramirez, and Hugh Davidson's Motion for Order Directing the Clerk to Add Sanctions Amount to Judgment; or Otherwise Alter or Amend Judgment to Include Sanctions Previously Ordered ("Mot.," ECF No. 188), as well as Plaintiff Tonino Russo's Notice of Non-Opposition re: Motion for Order Directing the Clerk to Add Sanctions Amount to Judgment. (*See* ECF No. 192.) As Defendants note, (*see* Mot. at 2), "[u]nder state law, a sanctions order is enforceable in the same way as a money judgment." *Leads Club, Inc. v. Peterson*, No. CIV. 05CV1717-J JMA, 2008 WL 186504, at *3 (S.D. Cal. Jan. 22, 2008) (citing Cal. Civ. Proc. Code §§ 680.230, 680.270, 699.510; *Newland v. Super. Ct.*, 40 Cal. App. 4th 608, 615 (1995)). Accordingly, pursuant to Federal Rules of Civil Procedure

58(b)(1)(B) and 59(e), the Court **GRANTS** Defendants' Motion and **DIRECTS** the Clerk of Court to enter judgment against Plaintiff and in favor of Defendants in the amount of $40,227.25, which represents the remaining amount of sanctions owed by Plaintiff to Defendants pursuant to the Court's January 19, 2023 Order Granting in Part and Denying in Part Defendants' Motion for Sanctions. *See Leads Club*, 2008 WL 186504, at *3.

**IT IS SO ORDERED.**

Dated: May 4, 2023

_____
Honorable Todd W. Robinson
United States District Judge